Judge: Hon. Mary Jo Heston
Chapter: Chapter 7

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

JARED ALLEN ROWE,

    Debtor.

Case No. 24-41318-MJH

ORDER COMPELLING COOPERATION

THIS MATTER having come before the Honorable Mary Jo Heston on the Motion to Compel Cooperation and Setting Procedures for Real Estate Agent Walk Through of Property filed by Russell D. Garrett, the Chapter 7 Trustee ("Trustee") ("Trustee's Motion"). Notice of the Trustee's Motion was timely given to all creditors and the Debtor, and the Court having considered the Trustee's Motion and the Debtor's response and being fully informed in this matter, now, therefore, it is hereby,

ORDERED that the Trustee's Motion is granted, and the Debtor is required to allow the Trustee, his real estate agent, and any assistant, access to the Property located at 2609 NW 37th Street, Camas, Washington ("Property") and the Debtor and all other residents of the Property are required to vacate the Property after allowing Mr. Klein and his assistant access to

ORDER

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

on November 8, 2024 at 9:00 a.m. and remain away from the Property for 45 minutes.  The Trustee, his realtor and any assistant are allowed to videotape their viewing of the Property and also take any photos of the interior they need to take to determine the value.

*/// END OF ORDER///*

Presented by:

Wood & Jones, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee
Russell D. Garrett

ORDER

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382