|   |   |
|---|---|
| Judge: | Hon. Mary Jo Heston |
| Chapter: | Chapter 7 |
| Hearing Date: | November 5, 2024 |
| Hearing Time: | 9:00 a.m. |
| Hearing Site: | ZOOM.GOV |
| Response Date: | October 29, 2024 |

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

In re:

JARED ALLEN ROWE,

        Debtor.

Case No. 24-41318-MJH

DECLARATION OF DENICE MOEWES IN SUPPORT OF TRUSTEE'S MOTION TO COMPEL COOPERATION

Denice Moewes declares under penalty of perjury of the laws of the State of Washington as set forth below :

1. I am over the age of 21 and am competent to make this Declaration.

2. I am an attorney at the law firm of Wood & Jones, P.S., and we represent Russell D. Garrett, the Chapter 7 Trustee.

3. The Debtor filed a voluntary Chapter 7 bankruptcy petition on June 13, 2024. Russell D. Garrett was appointed as the Chapter 7 Trustee the same day ("Trustee").

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Warranty Deed dated August 14, 2019, transferring real property located at 2609 NW 37th Street, Camas, Washington ("Property") to Jared Allen Rowe ("Debtor"), as his separate property.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a quit claim deed from Samatha Rowe to the Debtor dated August 14, 2019.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Trustee Sale recorded in Clark County.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the deed transferring the Property to DVJ Starseed Express Trust that was recorded on June 4, 2024, in Clark County.

DECLARATION OF DENICE MOEWES IN SUPPORT
OF MOTION TO COMPEL

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Signed and dated this 14th day of October 2024, at Seattle, Washington.

*/s/ Denice E. Moewes*
Denice E. Moewes

DECLARATION OF DENICE MOEWES IN SUPPORT
OF MOTION TO COMPEL

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382