# EXHIBIT 1

**5636838 D**
Total Pages: 4  Rec Fee: $106.50
eRecorded in Clark County, WA  08/14/2019 01:30 PM
FIDELITY NATIONAL TITLE FISHERS LANDING
SIMPLIFILE LC E-RECORDING

**When recorded return to:**
Jared Rowe
2609 NW 37th Avenue
Camas, WA 98607

Filed for record at the request of:
**Fidelity National Title**
COMPANY OF WASHINGTON, INC.
3250 SE 164th Ave, Ste 201
Vancouver, WA 98683-9313

Escrow No.: 612853921TB

## STATUTORY WARRANTY DEED

THE GRANTOR(S) Jason N. Devore, as his separate estate

for and in consideration of Ten And No/100 Dollars ($10.00) and other valuable consideration in hand paid, conveys, and warrants to Jared Rowe, a married man as his separate estate

the following described real estate, situated in the County of Clark, State of Washington:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Abbreviated Legal: (Required if full legal not inserted above.)

Lot(s) 53, HOLLY HILLS-PHASE 1, J/355

Tax Parcel Number(s):  125008-106

Subject to:

SEE EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF

Dated: August 13, 2019

_____
Jason N. Devore

State of WASHINGTON
County of CLARK

I certify that I know or have satisfactory evidence that Jason N. Devore is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in this instrument.
Dated: 8/13/19

T L Barrett
Notary Public in and for the State of Washington
Residing at: Vancouver, WA
My appointment expires: June 9, 2020

T. L. BARRETT
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JUNE 9, 2020

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s): 125008-106**

Lot(s) 53, HOLLY HILLS-PHASE 1, according to the plat thereof, recorded in Volume J of Plats, Page 355, records of Clark County, Washington.



# EXHIBIT "B"
Exceptions

1. General and special taxes and charges, payable February 15, delinquent if first half unpaid on May 1, second half delinquent if unpaid on November 1 of the tax year:

   | | |
   |---|---|
   | Year: | 2019 |
   | Tax Account No.: | 125008-106 |
   | School District/Levy Code: | 117000 |
   | Assessed Total: | $414,356.00 |
   | Millage Rate: | 12.174496189 |
   | Location Code: | 0602 |

   | | |
   |---|---|
   | General and Special Taxes: | |
   | Billed: | $5,048.41 |
   | Unpaid: | $2,524.15 |

   Prior to close of escrow, please contact the Tax Collector's Office to confirm all amounts owing, including current fiscal year taxes, supplemental taxes, escaped assessments and any delinquencies.

2. Assessments, if any, levied by CITY OF CAMAS.

3. Any unpaid assessments or charges and liability to further assessments or charges, for which a lien may have arisen (or may arise), all as provided for in instrument set forth below:

   | | |
   |---|---|
   | Imposed by: | Holly Hills Estates Homeowners' Association |
   | Recording Date: | January 6, 1997 |
   | Recording No.: | 9701060133 |

4. Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document:

   | | |
   |---|---|
   | In favor of: | Northwestern Electric Company, a corporation |
   | Purpose: | Transmission of electric current |
   | Recording Date: | February 24, 1931 |
   | Recording No.: | D1519 (Book 214, Page 115) |

5. Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document:

   | | |
   |---|---|
   | In favor of: | Holly Hills Estates Homeowners Association |
   | Purpose: | landscaping |
   | Recording Date: | June 6, 1997 |
   | Recording No.: | 9706060198 |
   | Affects: | North 15 feet |

6. By-Laws of Holly Hills Estates Homeowners' Association

   | | |
   |---|---|
   | Recording Date: | July 9, 1998 |
   | Recording No.: | 9807090330 |

7. Covenants, conditions, restrictions and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth in the document

   | | |
   |---|---|
   | Recording Date: | January 6, 1997 |
   | Recording No.: | 9701060133 |

   Modification(s) of said covenants, conditions and restrictions

   | | |
   |---|---|
   | Recording Date: | July 9, 1998 |
   | Recording No.: | 9807090329 |

   Modification(s) of said covenants, conditions and restrictions

Clark Auditor    Wed Aug 14 13:18:55 PDT 2019    5636838    Page 3

# EXHIBIT "B"

Exceptions
(continued)

Recording Date: May 10, 2019
Recording No.: 5606782

8. Covenants, conditions, restrictions, recitals, reservations, easements, easement provisions, dedications, building setback lines, notes, statements, and other matters, if any, but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on Plat of Holly Hills-Phase 1:

Recording No: Volume J, Page 355

9. Reservations and exceptions in United States Patents or in Acts authorizing the issuance thereof; Indian treaty or aboriginal rights.



# EXHIBIT 2

**5636837 D**
Total Pages: 3  Rec Fee: $105.50
eRecorded in Clark County, WA  08/14/2019 01:30 PM
FIDELITY NATIONAL TITLE FISHERS LANDING
SIMPLIFILE LC E-RECORDING

**When recorded return to:**
Jared Rowe
2609 NW 37th Avenue
Camas, WA 98607

Filed for record at the request of:
**Fidelity National Title**
COMPANY OF WASHINGTON, INC
3250 SE 164th Ave, Ste 201
Vancouver, WA 98683-9313

Escrow No.: 612853921 TB

## QUIT CLAIM DEED

THE GRANTOR(S)

Samantha Rowe, spouse of Jared Rowe

for and in consideration of Creating Separate Property - WAC #458-61A-203/1 in hand paid, conveys and quit claims to

Jared Rowe, a married man as his separate estate

the following described real estate, situated in the County of Clark, State of Washington, together with all after acquired title of the grantor(s) herein:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Abbreviated Legal: (Required if full legal not inserted above.)

Lot(s) 53, HOLLY HILLS-PHASE 1, J/355

Tax Parcel Number(s):  125008-106

Dated: August 14, 2019

X _____
Samantha Rowe

# QUIT CLAIM DEED
(continued)

State of Washington

County of Clark

I certify that I know or have satisfactory evidence that Samantha Rowe is/are the person(s) who appeared before me, and said person(s) acknowledged that (he/she/they) signed this of instrument and acknowledged it to be (his/her/their) free and voluntary act for the uses and purposes mentioned in this instrument.

Dated: 8/14/19

T L Barrett
Notary Public in and for the State of Washington
Residing at: Vancouver, WA
My appointment expires: June 9, 2020

T. L. BARRETT
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JUNE 9, 2020

Unofficial Copy

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s): 125008-106**

Lot(s) 53, HOLLY HILLS-PHASE 1, according to the plat thereof, recorded in Volume J of Plats, Page 355, records of Clark County, Washington.



# EXHIBIT 3

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:
North Star Trustee, LLC
6100 219th ST SW, Suite 480
Mountlake Terrace, Washington 98043

TS #: 23-64585
Title Order #: 230094839-WA-MSI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE

Grantor: JARED ROWE AND SAMANTHA ROWE, HUSBAND AND WIFE
Current beneficiary of the deed of trust: SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES
Current trustee of the deed of trust: North Star Trustee, LLC
Current mortgage servicer for the deed of trust: BSI FINANCIAL SERVICES
Reference number of the deed of trust: 5752180
Parcel Number(s): 125008106

I. NOTICE IS HEREBY GIVEN that the undersigned Trustee, **North Star Trustee, LLC** will on **5/10/2024, at 11:00 AM at the Public Service Center Gazebo Clark County, 1300 Franklin St, Vancouver, WA** sell at public auction to the highest and best bidder, payable at the time of sale, the following described real property, situated in the County of Clark, State of Washington, to-wit:

LOT(S) 53, HOLLY HILLS-PHSE 1, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME J OF PLATS, PAGE 355, RECORDS OF CLARK COUNTY, WASHINGTON.

MORE ACCURATELY DESCRIBED AS:
LOT(S) 53, HOLLY HILLS PHASE 1, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME J OF PLATS, PAGE 355, RECORDS OF CLARK COUNTY, WASHINGTON.

Commonly known as:   2609 NW 37TH AVE
CAMAS, WASHINGTON 98607

which is subject to that certain Deed of Trust dated 6/25/2020, recorded 6/30/2020, as Instrument No. 5752180, The subject Deed of Trust was re-recorded on 6/8/2023 as instrument number 6124348, records of Clark County, Washington, from JARED ROWE AND SAMANTHA ROWE, HUSBAND AND WIFE, as Grantor(s), to FIDELITY NATIONAL TITLE, as Trustee, to secure an obligation in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR PACIFIC RESIDENTIAL MORTGAGE, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS, as Beneficiary, the beneficial interest in which was assigned to SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, under an Assignment recorded under Auditor's File No. 6116621.

II. No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust.

III. The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears:

T.S. No.: 23-64585

**PAYMENT INFORMATION**

| | |
|---|---|
| Total Monthly Payments Due: | **TOTAL** |
| February 1, 2021 – November 16, 2023 | $103,583.67 |
| Unpaid Fees: | $4,154.83 |
| Unapplied Funds: | ($1,698.48) |

**LATE CHARGE INFORMATION**
TOTAL LATE CHARGES **TOTAL**
$2,751.50

**PROMISSORY NOTE INFORMATION**

| | |
|---|---|
| Note Dated: | 6/25/2020 |
| Note Amount: | $490,200.00 |
| Interest Paid To: | 1/1/2021 |
| Next Due Date: | 2/1/2021 |

IV. The sum owing on the obligation secured by the Deed of Trust is: Principal $485,537.29, together with interest as provided in the note or other instrument secured from 1/1/2021, and such other costs and fees as are due under the note or other instrument secured, and as are provided by statute.

V. The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. The sale will be made without warranty, express or implied, regarding title, possession, or encumbrances on **5/10/2024**. The default(s) referred to in Paragraph III must be cured by 4/29/2024, (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time before 4/29/2024 (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after the 4/29/2024 (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance paying the entire principal and interest secured by the Deed of Trust, plus costs, fees, and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI. A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following addresses:

| NAME | ADDRESS |
|---|---|
| JARED ROWE | 20015 SE 42ND ST<br>CAMAS, WA 98607 |
| JARED ROWE | 2609 NW 37TH AVE<br>CAMAS, WA 98607 |
| SAMANTHA ROWE | 20015 SE 42ND ST<br>CAMAS, WA 98607 |
| SAMANTHA ROWE | 2609 NW 37TH AVE<br>CAMAS, WA 98607 |

by both first class and certified mail on 10/4/2023, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served 10/4/2023, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

T.S. No.: 23-64585

VII. The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII. The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above described property.

IX. Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X. NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants and tenants. After the 20th day following the sale the purchaser has the right to evict occupants and tenants by summary proceedings under the Unlawful Detainer Act, Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only **until 90 calendar days BEFORE the date of sale** listed in this Notice of Trustee Sale to be referred to mediation. If this is an amended Notice of Trustee Sale providing a 45-day notice of the sale, mediation must be requested no later than **25 calendar days BEFORE the date of sale** listed in this amended Notice of Trustee Sale.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

**SEEKING ASSISTANCE** - Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Telephone: 1-877-894HOME (1-877-894-4663)
Web site: http://www.dfi.wa.gov/consumers/homeownership/

The United States Department of Housing and Urban Development: Telephone: 1-800-569-4287
Web site: http://portal.hud.gov/hudportal/HUD

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys
Telephone: 1-800-606-4819    Web site: http://www.ocla.wa.gov/

T.S. No.: 23-64585

This office is enforcing a security interest of your creditor. To the extent that your obligation has been discharged by a bankruptcy court or is subject to an automatic stay of bankruptcy, this notice is for informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

DATED: 12/29/2023

**North Star Trustee, LLC, as Trustee**

_____
Lisa Hackney, Vice President of Trustee Operations

Address for service:
North Star Trustee, LLC
6100 219th ST SW, Suite 480
Mountlake Terrace, Washington 98043
Trustee Phone No: (206) 866-5345
Trustee Fax No: (206) 374-2252
Beneficiary / Servicer Phone: 814-827-3241

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF SNOHOMISH    )

I certify that I know or have satisfactory evidence that Lisa Hackney is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the Vice President of Trustee Operations of North Star Trustee, LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 12/29/2023

_____
Kellie Barnes
NOTARY PUBLIC in and for the State of Washington, residing at Lynnwood, WA
My commission expires 6/10/2024

Notary Public
State of Washington
KELLIE BARNES
LICENSE # 183839
MY COMMISSION EXPIRES
JUNE 10, 2024

# EXHIBIT 4

**6185535 D**
Total Pages:1 Rec: $303.50
Recorded in Clark County, WA
6/4/2024 12:13 PM
Excise: 894373
JARED ROWE

**When recorded return to:**
DVJ STARSEED EXPRESS TRUST
c/o 720 Southeast 160th Avenue Suite 103-335
Vancouver, Washington, [98684]

# QUITCLAIM DEED

THE GRANTOR(S)

Jared Rowe and Samantha Rowe, husband and wife

for and in consideration of transfer into an irrevocable living trust RE 908 033 335 US conveys and quitclaims to DVJ STARSEED EXPRESS TRUST their entire 100% undivided right, title, and interest, including but not limited to property deemed community property in the following described real property

Lot(s) 53, HOLLY HILLS-PHASE 1, according to the plat thereof, recorded in Volume J of Plats, Page 355, records of Clark County, Washington

said to be Tax Parcel Number: 125008-106,

situated in the county of Clark, state of Washington.

Reference number 6167864.

Dated this eighth day of June, 2023 nunc pro tunc.

_____
Jared Rowe

_____
Samantha Rowe

State of WASHINGTON )

County of CLARK )

I certify that I know or have satisfactory evidence that Jared Rowe and Samantha Rowe, husband and wife, is/are the person(s) who appeared before me, and said person(s) acknowledged that (he/she/they) signed this "QUITCLAIM DEED" and acknowledged it to be (his/her/their) free and voluntary act for the use(s) and purpose(s) mentioned herein.

Dated: May 12, 2024

_KIMBERLY ANDERSON_____ seal
Notary Public in and for the State of Washington
Residing at: Vancouver, WA
My appointment expires: 9/13/2027
My commission #: 23036252



Page 1 of 1