|  |  |
|---|---|
| Judge: | Hon. Christopher M. Alston |
| Chapter: | Chapter 7 |
| Hearing Date: | November 5, 2024 |
| Hearing Time: | 9:30 a.m. |
| Hearing Site: | ZOOM.GOV |
| Response Date: | October 29, 2024 |

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

JARED ALLEN ROWE,

          Debtor.

Case No. 24-41318-MJH

DECLARATION OF KIERAN MCKEE REGARDING SECTION 341 TRANSCRIPT

Kieran McKee declares under penalty of perjury of the laws of the State of Washington as set forth below:

    1.    I am over the age of 21 and am competent to make this Declaration.

    2.    I am a legal assistant Wood & Jones, P.S. I have been a legal secretary for over four decades and am experienced in transcription.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of the transcript I prepared from the audio recording of the § 341 meeting conducted by Russell D. Garrett on September 17, 2024, in the above-referenced case.

    4.    I have transcribed the audio recording accurately, word for word, to the best of my ability.

Signed and dated this 14th day of October 2024, at Seattle, Washington.

                                  */s/ Kieran McKee*
                                  Kieran McKee

DECLARATION OF KIERAN MCKEE
RE: SECTION 341 TRANSCRIPT

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382