Entered on Docket December 4, 2024

**Below is the Order of the Court.**



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Judge:     Mary Jo Heston
Chapter:   7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>JARED MARTIN ROWE,<br><br><div align=right>Debtor.</div> | Case No. 24-41318-MJH<br><br>ORDER ON TRUSTEE'S MOTION TO SHOW CAUSE FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER |

THIS MATTER having come before the Court on the Motion of Russell D. Garrett, the

Chapter 7 Trustee, for entry of an order to show cause why the Debtor should not be held in civil

contempt for failure to comply with prior court order and for entry of order directing the U.S.

Marshal to accompany the realtor to the property, removal all individuals at the Property and

provide access to the realtor  ("Trustee's Motion"). The Court has read the Trustee's Motion and

any responses thereto and based on that record it is.

ORDERED that the Trustee's Motion is granted and

1)     Jared Martin Rowe, the Debtor, is in contempt of Court for failure to comply with

an order entered by this Court on November 6, 2024, which required the Debtor to allow the

Trustee's realtor's access to real property located at 2609 NW 37th Avenue, Camas,

Washington ("Property");

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

2)    The Debtor may purge himself of this contempt by allowing access on December 12, 2024, at 11:00 a.m. to the Trustee and his realtors for 45 minutes and paying Wood & Jones, P.S. fees in the amount to be determined for bringing the motion to show cause after the Debtor's failure to comply with the Court's earlier Court order;

3)    In the event Mr. Rowe does not provide access to the Property, then the Trustee may submit a Declaration to the Court regarding the Debtor's non-compliance a with a proposed order directing the U.S. Marshal to provide access to the Property.

///END OF ORDER///

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice Moewes, WSBA #19464
Attorney for Chapter 7 Trustee
Russell D. Garrett

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382