Entered on Docket January 6, 2026

**Below is the Order of the Court.**



_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Judge: Hon. Mary Jo Heston
Chapter: 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 24-41318-MJH |
|---|---|
| JARED MARTIN ROWE,<br><br>                Debtor. | ORDER ON TRUSTEE'S MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE |

THIS MATTER has come before the Court on the motion filed by Russell, D. Garrett, the Chapter 7 Trustee ("Trustee") to compel turnover of property of the estate (the "Trustee's Motion"). The Court reviewed the Trustee's Motion, and any objections filed thereto. The Court held a hearing on the Trustee's Motion on January 6, 2026, at which time Court issued its oral ruling which is incorporated herein pursuant to Fed. R.

ORDER                                                                                    **WOOD & JONES, P.S.**
303 N. 67th Street
Seattle, WA. 98103
(206) 623-4382

Civ. P. 52(a) and Fed. R. Bank. P, 7052. For the reasons stated by the Court at the time of hearing, it is, therefore.

ORDERED that the Trustee's Motion is granted.

**///END OF ORDER///**

Submitted by:

WOOD & JONES, P.S.

*/s/ Denice Moewes*
Denice Moewes, WSBA #19464
Attorney for Plaintiff
Russell D. Garrett