Judge: Hon. Mary Jo Heston
Chapter: 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JARED MARTIN ROWE,

Debtor.

CASE NO. 24-41318-MJH

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER (1) DIRECTING DEBTOR AND ALL OCCUPANTS TO VACATE REAL PROPERTY, AND (2) AUTHORIZING *EX PARTE* SUBMISSION OF EVICTION ORDER TO THE UNITED STATES MARSHALS SERVICE.

THIS MATTER has come before the Court on the motion filed by Russell Garrett, the Chapter 7 Trustee ("Trustee"), for entry of an Order (1) Directing the Debtor and All Occupants to Vacate the Real Property commonly known as 2609 NW 37th Ave, Camas, WA 98607 ("Property"), and (2) Authorizing the Trustee to Submit an *Ex Parte* Order Directing the United States Marshals Service to Evict the Debtor and All Occupants if they

ORDER FOR DISMISSAL OF
 ADVERSARY PROCEEDING

Page 1

**Moewes Law, P.S.**
P.O. Box 80662
Seattle WA 98108
(206) 940-4075

fail to timely vacate (the "Motion"). The Court reviewed the Motion, the supporting Declaration of Denice Moewes, the exhibits attached thereto, and any objections filed. The Court held a hearing on the Motion on September 1, 2026, at which time the Court issued its oral ruling which is incorporated herein pursuant to Fed. R. Civ. P. 52(a) and Fed. R. Bankr. P. 7052. For the reasons stated by the Court at the time of hearing, it is, therefore

ORDERED that the Motion is granted.

IT IS FURTHER ORDERED as follows:

1. The Debtor and all other occupants of the Property shall vacate the Property and remove all of their personal belongings from the Property on or before the date that is seven (7) calendar days after entry of this Order ("Vacate Deadline").

2. If the Trustee verifies that the Property has not been fully vacated as of the Vacate Deadline, the Trustee may submit an *ex parte* order directing the United States Marshals Service to evict the Debtor and all occupants from the Property and to place their personal property in a public storage facility, with the cost of such storage to be borne by the Debtor and treated as an administrative expense of the estate to the extent not recovered from the Debtor.

3. The United States Marshals Service is authorized to use such force as is reasonably necessary to carry out any eviction order issued pursuant to Paragraph 2.

//END OF ORDER//

Moewes Law, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464
Attorney for Russell D. Garrett
Plaintiff

ORDER FOR DISMISSAL OF
 ADVERSARY PROCEEDING

**Moewes Law, P.S.**
P.O. Box 80662
Seattle WA 98108
(206) 940-4075