Judge: Hon. Mary Jo Heston
Chapter: Chapter 7
Hearing Date: September 1, 2026
Hearing Time: 9:00 a.m.
Hearing Site: via ZoomGov
Response Date: August 25, 2026

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:

JARED M. ROWE,

Debtor.

CASE NO. 24-41318-MJH

DECLARATION OF DENICE MOEWES IN SUPPORT OF TRUSTEE'S MOTION TO COMPEL COOPERATION.

I, Denice Moewes, declares under penalty of perjury under the laws of the State of Washington as follows:

1.   I am over the age of twenty-one (21) and am competent to make this Declaration.

2.   I am the attorney for the Chapter 7 Trustee, Russell Garrett ("Trustee") in the above-captioned case.

3.   The Debtor, Jared Rowe, filed a voluntary Chapter 7 bankruptcy petition on June 13, 2024. The Trustee was appointed on the same date.

4.   The bankruptcy estate includes real property commonly known as 2609 NW 37th Street, Camas, Washington ("Property"). The chain of title to the Property, including the Warranty Deed dated August 14, 2019, the quit claim deed from Samantha Rowe to the Debtor, the Notice of Trustee Sale, and the deed transferring the Property to DVJ Starseed Express Trust is set forth in my prior Declaration in support of the Trustee's Motion to Compel Cooperation filed on October 15, 2024 [Dkt No. 52], and the exhibits thereto are incorporated herein by this reference.

DECLARATION OF DENICE MOEWES – 1

**MOEWES LAW, P.S.**
P.O. BOX 80662
SEATTLE, WA 98108
(206) 940-4075

5. On December 2, 2025, the Trustee filed a Motion to Compel Cooperation for Turnover of Property of the Estate [Dkt. No. 231]. On January 6, 2026, the Court entered an order directing the Debtor to vacate the Property [Dkt. No. 231].

6. The Debtor failed to vacate the Property and remains in possession to this day.

7. Following the Debtor's non-compliance, the Trustee sought the assistance of the United States Marshals Service. After multiple revisions to a proposed order and discussions with the Marshals, the Marshals advised that they would not enter the Property merely to remove the Debtor for a limited time to allow the Trustee access. However, the Marshals indicated that they would execute a court order evicting the Debtor.

8. In order to fully resolve title and possession issues, the Trustee initiated Adversary Proceeding No. 25-04011-MJH on February 10, 2025 [Dkt. No. 1]. Thereafter, the Trustee filed a motion to compel turnover based on the avoidance of the transfer to the DVJ Starseed Express Trust. That adversary proceeding was later dismissed on July 1, 2026, after the Court's order directing the Debtor to vacate (described in Paragraph 5) resolved the matter and the title company, through numerous conversations, agreed to transfer title to the Trustee voluntarily.

9. After many months and numerous conversations with the title company, title to the Property was formally transferred to the Trustee via a Quitclaim Deed recorded on June 24, 2026, in Clark County, Washington. A true and correct copy of the recorded Quitclaim Deed is attached hereto as **Exhibit 1.**

10. On June 30, 2026, the Trustee, through counsel, sent a written demand to the Debtor at the Property demanding that the Debtor and all other occupants vacate the Property immediately. The demand was sent via both certified mail, return receipt requested, and regular

DECLARATION OF DENICE MOEWES – 2

first-class mail.  That letter had a typographical error in the address, so a new letter was sent on July 21, 2026.  A true and correct copy of the demand letter is attached as **Exhibit 2**.

11.     The Debtor did not sign for the certified mail copy.  The copy that was sent by regular first-class mail was returned  with the notation of  "return to sender, vacant, unable to forward." A true and correct copy that that envelope is attached hereto as **Exhibit 3**. The Trustee's realtor drove by the Property and confirmed that there are cars parked there.  I believe the Debtor and his family still live in the residence and refuse to pick up any mail delivered.

12.     The Debtor has had since at least July 21, 2026, to voluntarily vacate the Property, yet he continues to unlawfully occupy the premises.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 11th day of August, 2026, at Seattle, Washington.


/s/ Denice E. Moewes
Denice Moewes,

DECLARATION OF DENICE MOEWES – 3

**MOEWES LAW, P.S.**
P.O. BOX 80662
SEATTLE, WA 98108
(206) 940-4075

# EXHIBIT 1

**6331477 D**

Total Pages:2 Rec: $304.50
eRecorded in Clark County, WA
6/24/2026 3:37 PM
VCR - Washington Title Only 15

925417 - $10.00 - VCR - Washingt - Danielle Scott - 06/24/2026

When recorded return to:
Denice E. Moewes
Wood & Jones PS
303 N. 67th Street
Seattle WA 98103-5209

# QUIT CLAIM DEED      W11577

THE GRANTOR(S) Russell D. Garrett as the Trust Protector of the DVJ STARSEED EXPRESS TRUST

for and in consideration of Clearing Title

in hand paid, conveys and quit claims to Russell D. Garrett, the Chapter 7 Trustee of the bankruptcy estate of Jared Martin Rowe pending in the U.S. Bankruptcy Court for the Western District of Washington under Case No. 24-41318-MJH.

the following described real estate, situated in the County of  Clark  , State of Washington

together with all after acquired title of the grantor(s) herein: .

Lot(s) 53, HOLLY HILLS-PHASE 1, according to the plat thereof, recorded in Volume J of Plats, Page 355, records of Clark County, Washington.

Abbreviated Legal: (Required if full legal not inserted above.)

Tax Parcel Number(s): 125008-106

This document is being recorded as an accommodation.
Chicago Title maintains no responsibility
as to the effect or provisions of this document.

LPB 12-05(r) rev. 07.2021
Page 1 of 2

Dated: _June 10, 2026_

_____
Russell D. Garrett

_____   _____


State of __OREGON__
County of __MULTNOMAH__

This record was acknowledged before me on June __10__, 2026 by Russell D. Garrett as Trust Protector of DVJ STARSEED EXPRESS TRUST


_____
(Signature of notary public)
Notary Public in and for the State of __OREGON__
My appointment expires: __9/11/2026__

OFFICIAL STAMP
IRIS PORTER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1028740
MY COMMISSION EXPIRES: SEPTEMBER 11, 2026

Clark Auditor   6/24/2026 3:37 PM   6331477   Page:2/2

# EXHIBIT 2

# MOEWES LAW, P.S.

P.O. Box 80662, Seattle, WA 98108
(206) 940-4075

**VIA EMAIL REGULAR AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

To:  Jared Martin Rowe

    720 SE 160th Ave #103-335
Vancouver, WA 98684

And to:  Jared Martin Rowe &
        All other occupants

    2609 NW 37th Ave
Camas, WA 98607

July 21, 2026

Re: Immediate Possession of Real Property at 2609 NW 37th Ave, Camas, WA 98607
Bankruptcy Case No. 24-41318-MJH

Dear Mr. Rowe and all other occupants of the property:

Pursuant to the Court's Order Granting Motion to Compel Turnover of Estate Property ("Order") entered on January 6, 2026, the real property and premises located at 2609 NW 37th Ave, Camas, WA 98607 ("Property") has been formally and legally transferred back to the bankruptcy estate. Chapter 7 Trustee, Russell Garrett ("Trustee") has the exclusive right to possess and administer this Property.

Under 11 U.S.C. § 541, the Property is property of the bankruptcy estate, and pursuant to 11 U.S.C. § 704(a)(1), Russell D. Garrett, the Chapter 7 Trustee, has the statutory duty to collect, secure, and reduce to money property of the estate for the benefit of creditors. Additionally, 11 U.S.C. § 542(a) requires any entity in possession, custody, or control of property that the Trustee may use, sell, or lease to deliver such property to the Trustee.

DEMAND IS HEREBY MADE THAT you and all occupants immediately surrender possession of the Property. You must vacate the premises, remove all personal property, and deliver all keys, garage door openers, access devices, security codes, and any other means of entry to the undersigned Trustee no later than fourteen (14) days from the date of this letter so you must vacate by August 4, 2026.

If you fail or refuse to comply with this demand, the Trustee will immediately seek further relief from the United States Bankruptcy Court, including enforcement of the Court's Order through its contempt powers and an order directing the United States Marshals Service or other appropriate law enforcement officers to remove all occupants from the Property. The Trustee also reserves the right to seek recovery of any additional costs, expenses, damages,

sanctions, attorney's fees, and any other relief available under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and applicable law.

Sincerely,

/s/ *Denice E. Moewes*

Attorney for Chapter 7 Trustee

# EXHIBIT 3

MOEWES LAW, P.S.
P.O. BOX 80662
Seattle, WA 98108

SEATTLE WA 980

21 JUL 2026 PM 6 L

Freedom
250
PURPLE HEART
FOREVER U

JARED M. ROWE
2609 NW 37TH AVE

~~SEATTLE, WA 98~~

CAMAS, W

NIXIE            971    DE 1            0007/24/26
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC
98108>0662
98607-B20109

BC: 98108066262        *2226-02633-21-44